IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANDREW LEE FLOWERS JR.**, <br><br> Plaintiff, <br><br> v. <br><br> **WEXFORD HEALTH SOURCES, INC.**; **PATRICIA BURKE, M.D.**, sued in her individual capacity; **CLAUDE OWIKOTI**, sued in his individual capacity; **MICHAEL RUSSELL, O.D.**, sued in his individual capacity; **KRISTA HYATT-TORRES**, sued in her individual capacity; **DEBORAH MCCALLUM**, sued in her individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., <br><br> Defendant. | No. 1:19-cv-06423 <br><br> Honorable Robert W. Gettleman |

## STATUS REPORT CONCERNING PROGRESS IN DISCOVERY

Pursuant to the Court's order setting a schedule in this case, the parties hereby submit an updated status report concerning the progress of discovery. (Dkt. #68.) The parties served written discovery on June 15 and 16, 2020 and agreed to extend the response dates until August 15 or 16, 2020, respectively.

The parties have briefed their dispute regarding a HIPAA protective order before Judge Gilbert. (Dkt. #56, #66 and #70). In order to expedite proceedings, the parties are agreeing to permit plaintiff's HIPAA protected material to be produced on an outside-counsel-eyes only basis until Judge Gilbert rules on the HIPAA protective order.

By: /s/ Robert S. Tengesdal
    Robert S. Tengesdal
    Connolly Krause LLC
    500 West Madison Street, S. 2430
    Chicago, Illinois 60661
    (312)253-6200
    Rtengesdal@cktrials.com

    *Attorneys for Melissa Lamesch, Claude Owikoti, Wexford Health Sources, Inc., Jessica Ortegon and Victoria Plummer*

By: /s/ Aaron A. Barlow
    Aaron A. Barlow
    Jenner & Block LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    (312) 222-9350
    abarlow@jenner.com

    *Attorney for Plaintiff Andrew Lee Flowers, Jr*

By: /s/ Deborah S. Benzing
    Deborah A. Benzing
    Law Office of Meachum, Boyle, Trafman, Marek & Parker
    225 West Washington St., Suite 500
    Chicago, IL 60606
    (312) 726-6317
    deborah.benzing@libertymutual.com

    *Attorney for Defendant, Michael Russell, O.D.*

By: /s/ John J. Reid
    John J. Reid
    Cassiday Schade LLP
    222 West Adams St., Suite 2900
    Chicago, IL 60606
    (312) 641-3100
    jreid@cassiday.com

    *Attorney for Patricia Burke, M.D.*

By: /s/Helen A. Lozano
    Helen A. Lozano
    Office of the Illinois Attorney General
    100 West Randolph Street, 13th Floor
    Chicago, Illinois 60601
    (312) 814-6594
    HLozano@atg.state.il.us

    *Attorney for Krista Hyatt-Torres and Deborah McCallum*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2020, I caused a true and correct copy of the foregoing to be electronically served on counsel of record via the Court's CM/ECF system.

                                              /s/ Aaron A. Barlow
                                                Aaron A. Barlow