# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LEE FLOWERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 19 CV 06423 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC.; | ) | |
| PATRICIA BURKE, M.D., sued in her | ) | |
| Individual capacity; CLAUDE OWIKOTI, | ) | |
| Sued in his individual capacity; MICHAEL | ) | |
| RUSSELL, O.D., sued in his individual | ) | Honorable Robert W. Gettleman |
| Capacity; KRISTA HYATT-TORRES, | ) | |
| Sued in her individual capacity; DEBORAH | ) | |
| MCCALLUM, sued in her individual | ) | |
| capacity; JESSICA ORTEGON, sued in her | ) | Honorable Jeffrey T. Gilbert |
| individual capacity; VICTORIA PLUMMER, | ) | |
| sued in her individual capacity; MELISSA D. | ) | |
| LAMESCH, sued in her individual capacity; and | ) | |
| JOHN DOES, currently unknown employees of | ) | |
| the Illinois Department of Corrections or Wexford | ) | |
| Health Sources, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT REGARDING PLAINTIFF'S TREATING PHYSICIAN'S DOCUMENTS

Pursuant to the Court's October 23, 2020 order (Dkt. #88), the parties hereby submit a status report concerning production of documents by Plaintiff's treating physician, Dr. Berdy, pursuant to subpoena.

According to Dr. Berdy, on October 26, 2020 he mailed the documents to the production location—a document processing vendor used by Defendants. Ms. Deborah Benzing, attorney for Defendant Michael Russell, served the subpoena and will alert the parties as soon as the documents arrive and will email copies shortly thereafter.

By: /s/Katelyn Somin Jun
Robert S. Tengesdal
Katelyn Somin Jun
Connolly Krause LLC
500 W. Madison St., Suite 2430
Chicago, Illinois 60661
(312) 253-6200
rtengesdal@cktrials.com
kjun@cktrials.com

*Attorneys for Melissa Lamesch, Claude Owikoti, Wexford Health Sources, Inc., Jessica Ortegon and Victoria Plummer*

By: /s/Aaron A. Barlow
Aaron A. Barlow
Jenner & Block LLP
353 N. Clark St.
Chicago, Illinois 60654-3456
(312) 222-9350
abarlow@jenner.com

*Attorney for Plaintiff*

By: /s/Deborah A. Benzing
Deborah A. Benzing
Law Office of Meachum, Boyle, Trafman, Marek & Parker
225 W. Washington St., Suite 500
Chicago, Illinois 60606
(312) 726-6317
deborah.benzing@libertymutual.com

*Attorney for Defendant, Michael Russell, O.D.*

By: /s/John J. Reid
John J. Reid
Cassiday Schade LLP
222 W. Adams St., Suite 2900
Chicago, Illinois 60606
(312) 641-3100
jreid@cassiday.com

*Attorney for Patricia Burke, M.D.*

By: /s/Helen A. Lozano
Helen A. Lozano
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-6594
hlozano@atg.state.il.us

*Attorney for Krista Hyatt-Torres and Deborah McCallum*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, I caused the foregoing to be uploaded to the court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aaron A. Barlow
Aaron A. Barlow