# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LEE FLOWERS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.: 19 CV 06423 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC.; | ) | |
| PATRICIA BURKE, M.D., sued in her | ) | |
| Individual capacity; CLAUDE OWIKOTI, | ) | |
| Sued in his individual capacity; MICHAEL | ) | |
| RUSSELL, O.D., sued in his individual | ) | Honorable Robert W. Gettleman |
| Capacity; KRISTA HYATT-TORRES, | ) | |
| Sued in her individual capacity; DEBORAH | ) | |
| MCCALLUM, sued in her individual | ) | |
| capacity; JESSICA ORTEGON, sued in her | ) | Honorable Jeffrey T. Gilbert |
| individual capacity; VICTORIA PLUMMER, | ) | |
| sued in her individual capacity; MELISSA D. | ) | |
| LAMESCH, sued in her individual capacity; and | ) | |
| JOHN DOES, currently unknown employees of | ) | |
| the Illinois Department of Corrections or Wexford | ) | |
| Health Sources, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## NOVEMBER 18, 2020 JOINT STATUS REPORT

Pursuant to the Court's Order (Dkt. #91) the parties report as follows concerning providing the dates for the individual Defendants' depositions and for Plaintiff's service of the 30(b)(6) notice on Wexford.

The parties have agreed on the following dates for the Defendants' depositions:

1. Dr. Burke – January 20, 2021

2. Mr. Owikoti – January 14, 2021

3. Dr. Russell – January 27, 2021

4. Ms. Hyatt-Torres – January 22, 2021

     5.     Mr. Ortegon – January 6, 2021

     6.     Ms. Plummer – January 12, 2021

Defendants' McCallum and Lamesch are yet to be scheduled. However, counsel for these defendants expect to provide suggested dates by the second week of December and the parties will update the Court shortly thereafter.

Based on the above schedule, and assuming that the last two individual defendants' depositions can be scheduled by the second week of February, Plaintiff will serve a 30(b)(6) deposition notice on Wexford by February 11, 2021.

     7.     Counsel for Wexford has stated that will try to schedule the 30(b)(6) depositions of Wexford within 30-45 days of receiving the 30(b)(6) deposition notice.

| | |
|---|---|
| By:  /s/Katelyn Somin Jun<br>Robert S. Tengesdal<br>Katelyn Somin Jun<br>Connolly Krause LLC<br>500 W. Madison St., Suite 2430<br>Chicago, Illinois 60661<br>(312) 253-6200<br>rtengesdal@cktrials.com<br>kjun@cktrials.com<br><br>*Attorneys for Melissa Lamesch, Claude Owikoti, Wexford Health Sources, Inc., Jessica Ortegon and Victoria Plummer* | By:  /s/Aaron A. Barlow<br>Aaron A. Barlow<br>Jenner & Block LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654-3456<br>(312) 222-9350<br>abarlow@jenner.com<br><br>*Attorney for Plaintiff* |
| By:  /s/Deborah A. Benzing<br>Deborah A. Benzing<br>Law Office of Meachum, Boyle, Trafman, Marek & Parker<br>225 W. Washington St., Suite 500<br>Chicago, Illinois 60606<br>(312) 726-6317<br>deborah.benzing@libertymutual.com | By:  /s/John J. Reid<br>John J. Reid<br>Cassiday Schade LLP<br>222 W. Adams St., Suite 2900<br>Chicago, Illinois 60606<br>(312) 641-3100<br>jreid@cassiday.com |

*Attorney for Defendant, Michael Russell, O.D.*   *Attorney for Patricia Burke, M.D.*

By: /s/Helen A. Lozano
Helen A. Lozano
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601
(312) 814-6594
hlozano@atg.state.il.us

*Attorney for Krista Hyatt-Torres and Deborah McCallum*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I caused the foregoing to be uploaded to the court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aaron A. Barlow
Aaron A. Barlow
