## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Flowers v. Illinois Department of Corrections Stateville Northern Reception Center et al

Case Number: 1:19-cv-06423

An appearance is hereby filed by the undersigned as attorney for:

Andrew Lee Flowers, Jr.

Attorney name (type or print): Lina R. Powell

Firm: Jenner & Block LLP

Street address: 353 N Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6315661
(See item 3 in instructions)

Telephone Number: 312 840 7566

Email Address: LinaPowell@jenner.com

Are you acting as lead counsel in this case? ☐ Yes ✔ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✔ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/08/2021

Attorney signature: S/ Lina R. Powell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015