**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ANDREW LEE FLOWERS JR.**, | |
| Plaintiff, | |
| | No. 1:19-cv-06423 |
| v. | |
| **WEXFORD HEALTH SOURCES, INC.**; **PATRICIA BURKE, M.D.**, sued in her individual capacity; **CLAUDE OWIKOTI**, sued in his individual capacity; **MICHAEL RUSSELL, O.D.**, sued in his individual capacity; **KRISTA HYATT-TORRES**, sued in her individual capacity; **DEBORAH MCCALLUM**, sued in her individual capacity; **JESSICA ORTEGON**, sued in her individual capacity; **VICTORIA PLUMMER**, sued in her individual capacity; **MELISSA D. LAMESCH**, sued in her individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., | Honorable Robert W. Gettleman JURY DEMANDED |
| Defendant. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the appearance of Garrett S. Fitzsimmons on behalf of Andrew Lee Flowers, Jr. ("Plaintiff"). As of February 2, 2021, Mr. Fitzsimmons will no longer be affiliated with Jenner & Block. Plaintiff will continue to be represented by Aaron A. Barlow, Cayman Cole Mitchell, Eric Fleddermann, Grace Catherine Signorelli-Cassady, Lina Ragep Powell, Philip Braden Sailer, and Susan A. O'Brien of Jenner & Block.

Dated: January 26, 2021

Respectfully Submitted,

By:   */s/ Aaron A. Barlow*

Aaron A. Barlow
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350
abarlow@jenner.com

*Attorney for Plaintiff Andrew Lee Flowers, Jr.*